Dismissed and Opinion filed February 20, 2003









Dismissed and Opinion filed February 20, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01301-CR

____________

 

PAUL
RUELL, Appellant

 

V.

 

THE
STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District Court

Harris
County, Texas

Trial Court Cause No. 867,242

 



 

M
E M O R A N D U M   O P I N I O N

Paul Ruell filed a notice of appeal
from his conviction of the offense of possession of a controlled
substance.  On February 12, 2003, this
court learned that appellant=s motion for new trial was granted on January 30, 2003.  Accordingly, the appeal is moot.

On its own motion, the court orders the appeal dismissed.

PER CURIAM

Judgment rendered and Opinion
filed February 20, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.